UNITED STATES of America,
Plaintiff–Appellee,

v.

Randy Chester PARSONS,
Defendant–Appellant.

No. 01–7211.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 21, 2001.

Randy Chester Parsons, pro se. J. Frank Bradsher, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Randy Chester Parsons appeals the district court's order denying his motion filed under 18 U.S.C.A. § 3582 (West 2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the court's order based upon the reasoning of the district court. *United States v. Parsons,* No. CR–95–77–BO (E.D.N.C. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*